IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

              Plaintiff,

v.

JOSE SANCHEZ,

              Defendant.

ORDER

16-cr-82-jdp

---

The judgment and commitment entered on March 17, 2017, is amended to add the court's recommendation that defendant be placed in an institution as close as possible to Wisconsin.

In all other respects, the judgment and commitment remains as entered.

Entered March 24, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge